IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LAURANNA KATHLEEN HAVENS**, <br><br>         Plaintiff, <br><br>    v. <br><br> **COMMISSIONER OF SOCIAL SECURITY**, <br>         Defendant. | Case No. 3:20-cv-01825-HL <br><br> **ORDER** |

**IMMERGUT, District Judge.**

      The parties, through their respective counsel, have hereby stipulated and agreed to Plaintiff's Motion for Attorney's Fees, ECF 18. Accordingly, it is hereby ORDERED that attorney's fees in the amount of $4,599.15 and costs for filing fees in the amount of $400 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney's fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees and costs, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

PAGE 1 – ORDER

If Plaintiff has no such debt, then the fees shall be delivered via electronic funds transfer or by check made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office[1] as follows: NW Disability Benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428), P.O. Box 14490, Portland, OR 97293. If Plaintiff has a debt, then any remaining funds after offset of the debt shall be made to Plaintiff and sent via electronic funds transfer or by check mailed to Plaintiff's attorney's office at the address stated above.

**IT IS SO ORDERED.**

DATED this 28th day of June, 2022.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

---

[1] Formerly known as Schneider Kerr & Robichaux.

PAGE 2 – ORDER